IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KENNETH RICHIE<br>Individually And On Behalf of All Others,<br><br>Plaintiffs,<br><br>vs.<br><br>EXCEL MOTORS LLC d/b/a ALM ST. LOUIS<br><br>Defendant. | CASE NO.: 5:22-cv-6083 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Excel Motors LLC d/b/a ALM St. Louis ("Excel Motors"), through its undersigned counsel, files this Notice of Removal ("Notice") for the purpose of removing this action from the Circuit Court of Clinton County, Missouri, where it is currently pending, to the United States District Court for the Western District of Missouri. In support of its Notice of Removal, Excel Motors states as follows:

1. On or about June 14, 2022, Kenneth Richie ("Plaintiff") filed a Petition against Defendant in the Circuit Court of Clinton County, Missouri, captioned *Kenneth Richie Individually And On Behalf of All Others v. Excel Motors LLC d/b/a ALM St. Louis.*, No. 22CN-CC00033 (the "State Court Action").

2. The Petition alleges three (3) causes of action under the federal Fair Credit Reporting Act, ("FCRA"), 15 U.S.C. §§ 1681a-1681x.

3. On June 22, 2022, Plaintiff served Excel Motors with the Summons and Petition in the State Court Action.

4. Based on Plaintiff's Petition, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the Petition raises federal questions under the FCRA.

5. The United States District Court for the Western District of Missouri embraces the Circuit Court of Clinton County, Missouri, which is the location where the State Court Action was filed. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1441.

6. This Notice of Removal has been filed within 30 days of the filing of the Petition in the State Court Action. Thus, this Notice of a Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. § 1446(a), copies of all processes, pleadings and orders served on Defendant in this action are attached to this Notice of Removal as **Exhibit A**. Plaintiff has not served upon Excel Motors any other process, pleadings or orders.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly, upon filing this Notice of Removal, give notice to all parties in this action and will file a copy of this Notice of Removal with the Circuit Court of Clinton County, Missouri. Attached to this Notice as **Exhibit B** is a copy of the *Notice of Defendants' Notice of Removal to Federal Court*, which is being filed in the Circuit Court of Clinton County, Missouri.

WHEREFORE, notice is hereby given that this action is removed from the Circuit Court of Clinton County, Missouri to the United States District Court for the Western District of Missouri.

Respectfully submitted,

*s/ Lauren M. Sobaski*
Lauren M. Sobaski (MO Bar No. 68798)
lsobaski@fisherphillips.com
**FISHER & PHILLIPS LLP**
4622 Pennsylvania Ave., Suite 910
Kansas City, Missouri 64112
TEL: (816) 842-8770
FAX: (816) 842-8767

*Counsel for Defendant*
*Excel Motors LLC d/b/a ALM St. Louis*

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I served the foregoing Notice of Removal by First Class U.S. mail, postage pre-paid, and by email, upon:

C. Jason Brown
Jayson A. Watkins
Brown & Watkins LLC
301 S. US 169 Hwy
Gower, MO 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

ATTORNEY FOR PLAINTIFF

*/s/ Lauren M. Sobaski*
Counsel for Defendant